IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA SPENARD, #294803, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-80-WHA |
| DENNIS MEEKS and SCOTT RACZ, | ) |
| Defendants. | ) |

## **ORDER**

On July 16, 2018, the Magistrate Judge entered a Recommendation (Doc. #30) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 16th day of August, 2018.

                                            /s/ W. Harold Albritton
                                 SENIOR UNITED STATES DISTRICT JUDGE